UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE:                                                                                          )
  PARTNERS CORP., AN IND. CORP.
|                                                                                                 ) CASE NO. 97-60555
                                                                                                 )
                                                          Debtor(s)          ) Chapter 7

# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now David R. DuBois and respectfully represents and shows:

1. I am the Trustee for the estate of the above-named Debtor(s), having been so appointed on 03/04/97.

2. That pursuant to the Distribution Summary, I made distribution to the persons named and in the amounts set out therein.

3. One of said checks, namely Check No. 10131, dated 10/26/10 in the amount of $2,148.15 was mailed to the payee thereof, namely SHERWIN WILLIAMS, 1030 S. AGRAMGE RD., STE. 17, LAGRANGE IL 60525; said check was returned with the envelope marked by the USPS "RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD". Pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and, accordingly, I am tendering herewith my Check No.10141 in said amount(s) payable to the Clerk, U.S. Bankruptcy Court.

Dated at Portage IN on December 14, 2010.

/s/David R. DuBois
David R. DuBois, Trustee and
 Trustee's attorney, #4609-64
6226 Central Avenue, P.O. Box 14
Portage, IN 46368-0014
Telephone: (219)762-5574

## CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:
 United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
 Gordon E. Gouveia, 433 W 84th Drive, , Merrillville, IN 46410
 PARTNERS CORP., AN IND. CORP., P.O. Box 700, Crown Point, IN 46307

Dated at Portage, IN on December 14, 2010.

/s/ David R. DuBois         ...
David R. DuBois, Trustee